IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEDRO J. VILLEGAS, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:09cv1152-TMH |
| FEDERAL BUREAU OF PRISONS, *et al.,* | ) |
| Respondents. | ) |

**OPINION and ORDER**

On November 22, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, which Recommendation is hereby adopted, it is

ORDERED and ADJUDGED that the instant § 2241 petition for habeas corpus relief be and is hereby DENIED and this case be and is hereby DISMISSED with prejudice.

Done this the 20th day of December, 2011.

/s/ Truman M. Hobbs
_____
TRUMAN H. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE